AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



SUMMONS IN A CIVIL CASE

MATTHEW WILLIAM PURDY

V.

WATERMAN FINANCIAL GROUP, LLC
d/b/a CFS MEDIATION d/b/a CFS d/b/a
COASTAL FINANCIAL SERVICES

CASE NUMBER: 1:17-cv-03723

ASSIGNED JUDGE: Thomas M. Durkin

DESIGNATED
MAGISTRATE JUDGE: Hon. Jeffrey Gilbert

TO: (Name and address of Defendant)

Waterman Financial Group, LLC d/b/a CFS Mediation d/b/a CFS d/b/a Coastal Financial
Services
c/o Registered Agent
Todd J. Bure
1414 W. Broadway Road, Suite 145
Tempe, AZ 85282

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

May 18, 2017
_____
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-03723

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matthew William Purdy v Watermen Financial Group, LLC
was received by me on *(date)* 05/18/2017 .

☑ I personally served the summons on the individual at *(place)* Todd Bruce R/A for Waterman Financial Group @ 1414 W. Broadway Road #145, Tempe, AZ 85282 on *(date)* 05/23/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/23/2017

*Server's signature*

Jerry Vance - Process Server
*Printed name and title*

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
*Server's address*

Additional information regarding attempted service, etc: