**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Matthew William Purdy
                                Plaintiff,

v.                                                   Case No.: 1:17−cv−03723
                                                        Honorable Thomas M. Durkin

Waterman Financial Group, LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 25, 2017:

       MINUTE entry before the Honorable Thomas M. Durkin:The 7/27/2017 status date is vacated and reset for 8/22/2017 at 09:00 AM. Plaintiff will be filing a motion for default.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.